Case 2:22-cv-00451-GRB-ARL   Document 23   Filed 07/21/22   Page 1 of 1 PageID #: 114

FILED
CLERK
10:04 am, Jul 21, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Raymond Winans Jr., individually on behalf of himself and all others similarly situated,

    Plaintiff,

v.

S.C. Johnson & Son, Inc. and Sun Bum, LLC,

    Defendants.

Case No. 2:22-cv-00451-GRB-ARL

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Raymond Winans Jr., individually and on behalf of himself ("Plaintiff") and Defendants S.C. Johnson & Son, Inc. and Sun Bum, LLC (together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against S.C. Johnson & Son, Inc. and Sun Bum, LLC are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO STIPULATED.

Date: July 20, 2022

*[signature]*

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Tel: (845) 483-7100
sultzerj@thesultzerlawgroup.com

*Counsel for Plaintiff*

*[signature]*

**Morrison & Foerster LLP**
Adam J. Hunt
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
AdamHunt@mofo.com

*Attorneys for Defendants*

Dated: 7/21/2022
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

1